PD-0260-17

PD-0260-17
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/20/2017 2:34:39 PM
Accepted 3/22/2017 2:03:54 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. 14-15-01055-CR

MATTHEW PAYAM SHALOUEI

Appellant

FILED IN
COURT OF CRIMINAL APPEALS

March 22, 2017

ABEL ACOSTA, CLERK

V.

THE STATE OF TEXAS

---

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

---

On Petition for Discretionary Review for the Fourteenth
Court of Appeals; Cause No. 14-15-01055-CR affirming the
263rd District Court of Harris County, Texas; Case no. 1411883

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

NOW COMES, Matthew Shalouei, and files this Motion to Extend Time to File Petition for Discretionary Review. In support of this motion, he would respectfully show the court the following:

I.

Appellant's deadline for filing his Petition for Discretionary Review is April 6, 2017 thirty days after the Court of Appeals issued it's opinion.

II.

Appellant is requesting additional time to prepare a petition for discretionary review. More time is necessary so that the issues can be adequately briefed and argued.

III.

Appellant asserts that this motion is not made for purpose of delay and that the granting of this motion will not prejudice the rights of the state.

IV.

Appellant is therefore requesting a thirty (30) day extension so that his petition may be timely filed.

WHEREFOR, PREMISES CONSIDERED, Appellant prays that the Honorable Court of Criminal Appeals will grant his Motion to Extend Time to File Petition for Discretionary Review.

Respectfully submitted,

Jerome Godinich, Jr.
SBN: 08054700
917 Franklin, Suite 320
Houston, Texas 77002
Phone: (713) 237-8388
Fax: (713) 224-2889

**Affidavit**

Before me, the undersigned authority, on this day personally appeared Jerome Godininch, Jr. and states the following:

I have read the forgoing Motion to Extend Time to File Petition for Discretionary Review in Matthew Payam Shalouei vs. State of Texas and the facts within are to the best of my knowledge true and correct.

Jerome Godinich, Jr.

SUBSCRIBED AND SWORN TO BE BEFORE ME, THIS _20_ DAY OF _March_, 2017.

GLORIA PESINA POA
My Commission Expires
April 9, 2019

Notary for the State of Texas

**Certificate of Service**

I certify that a copy of this motion had been served upon the State of Texas by hand delivering same to the Harris County District Attorney's Office, Appellant Section at 1301 Franklin, Houston, Harris County, Texas. I also certify that a copy of this forgoing motion has been mailed to the state prosecuting attorney at the following address.

Robert Huttash
State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711

Jerome Godinich, Jr.